**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT**
**STATE OF ILLINOIS**

| | |
|---|---|
| **TERRY L. LANEY JR.** )<br>    **Plaintiff,** )<br>  )  **Cause No. 3:18-cv-1768-JPG-SCW**<br>  )<br>**vs.** )<br>  )<br>**PRAIRIE FARMS DAIRY, INC. et. al.,** )<br>    **Defendants.** ) | |

### ENTRY OF APPEARANCE

Comes now Donnell Smith and enters as attorney for TERRY L. LANEY JR. in the above captioned cause.

Respectfully submitted,

**SMITH AND ASSOCIATES, LLC**

  /s/ Donnell Smith
Donnell Smith  MO#44510
6101 Delmar Boulevard, Suite A
St. Louis, MO  63112
(314) 361-2500 Phone
(314) 361-2525 Fax

### Certificate of Service

The undersigned certify that a copy of the foregoing electronically filed with notice to all parties of record on 27th day of September, 2018.

  /s/ Donnell Smith
Donnell Smith

1