IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERRY L. LANEY, JR.,

Plaintiff,

v.

PRAIRIE FARMS DAIRY, INC.,

Defendant.

Case No. 18-cv-1768 JPG

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: March 10, 2020**          **MARGARET M. ROBERTIE, Clerk of Court**

　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
　　　　　　**J. PHIL GILBERT**
　　　　　　**DISTRICT JUDGE**